UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JONA VAN DEN BROEK,

        Defendant.
_____/

No. 1:21-cr-170

Hon. Robert J. Jonker
United States District Judge

**MOTION TO UNSEAL**

    The United States of America, by Nils R. Kessler, Assistant United States Attorney, moves this Court to unseal the Indictment in the above captioned case.

    On November 30, 2021, the defendant was arrested in Spain by Spanish law enforcement authorities pursuant to a request for his provisional arrest, with a view toward extradition to the United States. The defendant was conditionally released from custody pending extradition proceedings. On May 28, 2024, the Government of Spain granted and certified the United States' request for extradition. The defendant has absconded, and his whereabouts are unknown.

    WHEREFORE, the government requests the Indictment and case be unsealed in order to facilitate international efforts to locate and arrest the defendant.

                                        Respectfully submitted,

                                        MARK A. TOTTEN
                                        United States Attorney

Dated: July 17, 2024                     /s/ Nils R. Kessler
                                        NILS R. KESSLER
                                        Assistant United States Attorney
                                        330 Ionia Avenue NW
                                        Grand Rapids, MI 49503
                                        (616) 456-2404
                                        *nils.kessler@usdoj.gov*

IT IS SO ORDERED.

Dated: 7/18/2024                     /s/ Ray Kent
                                        HON. RAY KENT
                                        United States Magistrate Judge